James L. Martin, ISB No. 4226
Rebecca A. Rainey, ISB No. 7525
MOFFATT, THOMAS, BARRETT, ROCK &
      FIELDS, CHARTERED
101 South Capitol Boulevard, 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
jlm@moffatt.com
rar@moffatt.com
24763.0000

Attorneys for Defendant
Franklin American Mortgage Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT HATVANI,<br><br>                   Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; HOME MORTGAGE RESOURCES, INC.; FRANKLIN AMERICAN MORTGAGE COMPANY; GINNIE MAE; and MERS INC.,<br><br>                 Defendants. | Case No. 1:10-cv-00511-LMB<br><br>**AFFIDAVIT OF JAMES L. MARTIN IN SUPPORT OF MOTION TO DISMISS DEFENDANT FRANKLIN AMERICAN MORTGAGE COMPANY** |

STATE OF IDAHO  )
                ) ss.
COUNTY OF ADA  )

       James L. Martin, being first duly sworn upon oath, deposes and states as follows:

**AFFIDAVIT OF JAMES L. MARTIN IN SUPPORT OF MOTION TO DISMISS
DEFENDANT FRANKLIN AMERICAN MORTGAGE COMPANY - 1**      Client:1865778.1

1.      I am one of the attorneys of record for defendant Franklin American

Mortgage Company ("Franklin") and I make the following affidavit based upon my own

personal knowledge.

2.      Attached hereto as **Exhibit A** is a true and correct certified copy of the

Notice of Default relative to the foreclosure of the property owned by plaintiff Robert Hatvani

that is the subject of the above-captioned matter.

DATED this 14th day of December, 2010.

James L. Martin

SUBSCRIBED AND SWORN to before me this 14th day of December, 2010.

NOTARY PUBLIC FOR IDAHO
Residing at Meridian
My Commission Expires 3/16/2015

**AFFIDAVIT OF JAMES L. MARTIN IN SUPPORT OF MOTION TO DISMISS**
**DEFENDANT FRANKLIN AMERICAN MORTGAGE COMPANY - 2**          Client:1865778.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of December, 2010, I filed the foregoing **AFFIDAVIT OF JAMES L. MARTIN IN SUPPORT OF MOTION TO DISMISS DEFENDANT FRANKLIN AMERICAN MORTGAGE COMPANY** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kenneth C. Howell
khowell@hawleytroxell.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **AFFIDAVIT OF JAMES L. MARTIN IN SUPPORT OF MOTION TO DISMISS DEFENDANT FRANKLIN AMERICAN MORTGAGE COMPANY** on the following non-CM/ECF Registered Participants in the manner indicated:

Robert Hatvani                                          (X) U.S. Mail, Postage Prepaid
4674 W. Big Creek St.                              ( ) Hand Delivered
Meridian, ID  83642                                ( ) Overnight Mail
                                                               ( ) Facsimile


_____
Rebecca A. Rainey

**AFFIDAVIT OF JAMES L. MARTIN IN SUPPORT OF MOTION TO DISMISS DEFENDANT FRANKLIN AMERICAN MORTGAGE COMPANY - 3**

# EXHIBIT A

ADA COUNTY RECORDER J. DAVID NAVARRO      AMOUNT  10.00      1
BOISE IDAHO 08/12/10  02:36 PM
DEPUTY  Lisa Batt
RECORDED - REQUEST OF
Pioneer                                      110074584

After Recording, Return to:
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA  98009

# NOTICE OF DEFAULT

File No. 7023.77387                                    MIN No. 100294500000124836

Wells Fargo Bank, NA ("Current Beneficiary") is holder of the beneficial interest under the deed of trust executed by **Robert Hatvani and Svetlana Hatvani, husband and wife**, as Grantor(s), to **TitleOne Corporation**, as Trustee, and **Mortgage Electronic Registration Systems, Inc. solely as nominee for Home Mortgage Resources, Inc.**, as Beneficiary, recorded **December 22, 2008**, as Instrument No. **108135529**, Mortgage Records of **Ada** County, Idaho and encumbers real property described as follows:

**Lot 15 in Block 1 of Coral Creek Subdivision, according to the official plat thereof, filed in Book 83 of Plats at Page(s) 9247 and 9249, official records of Ada County, Idaho.**

Current Beneficiary has declared that the Grantor is in breach of the terms and conditions of the obligation secured by the deed of trust. The nature of the breach is Grantor's failure to pay, when due, the monthly payments of principal, interest and, if applicable, escrow requirements of **$1,457.87** for each of the months of **April 2010** through **August 2010** together with all subsequent payments, costs, advances, attorneys' and trustee's fees and costs accruing until the date of sale, full satisfaction, or reinstatement of the obligation.

As a result of this breach, Current Beneficiary elects to sell the property to satisfy the obligation.

Dated as of this 09 day of August, 2010.

**Northwest Trustee Services, Inc., Trustee**

By_____
Its Assistant Vice President

STATE OF WASHINGTON        )
                           ) ss
COUNTY OF KING             )

On this 09 day of August, 2010, before me a Notary Public in and for said state, personally appeared Todd Hendricks known or identified to me to be the assistant vice president of the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
NOTARY PUBLIC in and for the State of
Washington, residing at _____
My commission expires _____

COURTNEY A. BAKER
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
06-11-12

STATE OF IDAHO, COUNTY OF ADA, ss.
I, J. David Navarro, Recorder for Ada County, do hereby certify that the Annexed is a full, true and correct copy of Inst. No._____
as it appears on record in Book _____of_____
_____at Page_____ Records of Ada County, State of Idaho.
IN WITNESS WHEREOF, I have set my hand and affixed my official seal this
_____day of _____, 20____
              J. DAVID NAVARRO, Recorder
              By_____, Deputy